UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN DENVER,<br>　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES COAST GUARD<br><br>　　　Defendant. | )<br>)<br>)　CASE NO.<br>)<br>)<br>)<br>)<br>)<br>) |

# COMPLAINT

1. Plaintiff Ryan Denver brings this action against the U.S. Coast Guard ("USCG") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory relief to compel compliance with the requirements of FOIA. Mr. Denver is facing criminal charges, and an impending trial date in April, relating to a boating accident in Boston Harbor in July 2021. The Coast Guard has, or should have, public documents in its possession that are highly relevant to Mr. Denver's case and defense, but it has refused to comply with its legal obligation to produce those documents in the time required by statute. Some of Mr. Denver's requests have been pending *for nearly one and one half years*. None of Mr. Denver's requests relates to the USCG's participating in the investigation of the accident at issue, so no "investigative" privilege could be holding up the USCG's response.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

4. Plaintiff is an individual who resides in Boston, Massachusetts.

5. The Coast Guard is an agency of the United States of America under 5 U.S.C. § 552 (a)(4)(B).

## BACKGROUND

6. On August 26, 2021 Mr. Denver submitted FOIA 2021-CGFO-02080 via email, attached at Exhibit A. The Coast Guard confirmed receipt of this request, attached at Exhibit B.

7. On September 23, 2022, Mr. Denver submitted 2022-CGFO-02645 via fax and first class mail, attached at Exhibit C. The USCG confirmed receipt of this request, attached at Exhibit D.

8. Mr. Denver supplemented FOIA 2021-CGFO-02080 on October 25, 2022 via email, fax, and first class mail. Such request is attached at Exhibit E. The USCG did not confirm receipt of this request, despite multiple attempts by counsel to follow up on the status of such request via phone and email.

9. On November 14, 2022, in response to a follow up message submitted by counsel regarding the outstanding FOIA requests, the USCG provided: "Our Office is currently working on reducing our huge backlog. We should be providing a response to your Freedom of Information Act (FOIA) request soon."

10. Defendant submitted a final request on December 23, 2022 via fax and first class mail, attached at Exhibit F. Out of an abundance of caution, Mr. Denver resubmitted this request recently to an email address from which counsel has received communications from the USCG. There is no reason to believe that the USCG will do anything but ignore

this request too, even assuming it did not receive the December 23, 2022, copy of the request.

11. On January 10, 2023 counsel again followed up on the above requests via email, fax, and first class mail. Such correspondence is attached at Exhibit I.  The Coast Guard did not provide a substantive response to this request.

12. The USCG has not provided a substantive response to any of the above requests, despite numerous efforts to follow up on the status of such requests. Indeed, Counsel resubmitted copies of all request on January 20, 2023 to the USCG via email, but received no substantive response.

13. Accordingly, Mr. Denver brings this action to compel the USCG to comply with the FOIA.

## COUNT I- DECLARATORY JUDGMENT

14. Plaintiff incorporates each of the foregoing paragraphs of this Complaint.

15. Pursuant to FOIA, 5 U.S.C. § 552 (a) Plaintiff has a statutory right to access the requested agency records.

16. Plaintiff properly requested records from the Coast Guard.

17. The Coast Guard is required to respond to such requests within 20 working days.

18. The Coast Guard's failure to respond to Plaintiff's requests and to conduct an adequate search for responsive records violates the FOIA.

19. Plaintiff seeks a declaratory judgment that the Coast Guard respond to Plaintiff's FOIA requests identified in the complaint and produce documents responsive to Plaintiff's requests.

## COUNT II- VIOLATION OF THE FOIA

20. The allegations made in the paragraphs above are fully alleged here by reference.

21. Plaintiff has received none of the records requested.

22. FOIA requests the federal government, including the Coast Guard, to publicly release the requested records.

23. Upon substantially prevailing, Plaintiff should be awarded his attorneys' fees under 5 U.S.C. § 552 (a)(4)(E).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court to:

(1) Order Defendant to respond to Plaintiff's FOIA requests identified in the complaint and produce documents responsive to Plaintiff's requests;

(2) Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(3) Grant Plaintiff such other relief as the Court deems just and proper.

DATED: January 27, 2023                                  Respectfully submitted,

*/s/ Michelle R. Peirce*
Michael J. Connolly, BBO #638611
Michelle R. Peirce, BBO #557316
Elizabeth R. Farrenkopf, BBO #705332
HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, Massachusetts 02109
Tel: 617-345-9000
mconnolly@hinckleyallen.com
mpeirce@hinckleyallen.com
efarrenkopf@hinckleyallen.com

*/s/ Liam T. O'Connell*
Liam T. O'Connell, BBO#694477
FARRELL SMITH O'CONNELL
One Marina Park Drive, Suite 1410
Boston, MA 02210
loconnell@fsofirm.com
Tel: (978) 744-8918
Fax: (978) 666-0383