# EXHIBIT A



David J. Farrell, Jr.
David S. Smith*
Liam T. O'Connell
Kirby L. Aarsheim**
Olaf Aprans

*Also admitted in Maine

**Also admitted in Rhode Island

ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY

**THIS IS A FREEDOM OF INFORMATION ACT REQUEST**

Commandant (CG-611)　　　　　　　　　　　*via email: efoia@uscg.mil*
Attn: FOIA Officer
U.S. Coast Guard STOP 7710
2703 Martin Luther King Jr. Ave SE
Washington, DC 20593-7710

Re:　Damage and Repairs to Boston Main Channel Light 5 (LLNR 10890)
　　　DOI: Local Notice to Mariners 29/21, July 21, 2021

Dear Sir or Madam:

This is a Freedom of Information Act (FOIA) request pursuant to 5 U.S.C. § 552, 6 C.F.R. Part 5, and 49 C.F.R. Part 7.

Kindly provide all records relating to USCG notification, investigation, response, and/or repairs to "Boston Main Channel Light 5," otherwise referred to as Light List Number (LLNR) 10890, which was first announced in the USCG's Local Notice to Mariners, District 1, Week 29/21, dated July 21, 2021; and which was announced as rectified in USCG's Local Notice to Mariners, District 1, Week 33/21, dated August 18, 2021.  This FOIA request is for any and all records, including but not limited to, incident reports, letters, recorded statements, statements, radio calls, memoranda, MISLE reports, emails, USCG Messages, and work-reports.

I accept the release of Coast Guard documents associated with this FOIA request with all personal identifying information (PII) removed.

Kindly accept this letter as an undertaking to pay the fees incurred in the search for and copying of the requested records. If prepayment for the records will be required, kindly contact the undersigned.  Thank you in advance for your attention to this matter.

Very truly yours,

Liam T. O'Connell, Esq.

FARRELL SMITH O'CONNELL AARSHEIM APRANS LLP
Offices in Massachusetts and Rhode Island

46 Middle Street, Gloucester, MA 01930
T: 978-744-8918 | F: 978-666-0383 | fsofirm.com